General Complaint

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2014 NOV 13 PM 1: 16

DEPUTY CLERK ___BB___

IN THE UNITED STATES DISTRICT COURT
FOR THE ~~EASTERN~~ DISTRICT OF TEXAS
Northern

District Lewis Johnson Sr.

**3-14CV-4015P**

Case Number: _____

List the full name of each plaintiff in this action.

VS.

City of Dallas, Dallas Police Dept.,
U.S. Marshal's Fugitive Task Force
Auto Pound Lot; Dallas Police impound"

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.   ATTEMPT TO SECURE COUNSEL:

   Please answer the following concerning your attempt to secure counsel.

   A.   In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

      1.   Employ Counsel
      2.   Court - Appointed Counsel
      **3.   Lawyer Referral Service of the State Bar of Texas, P. O. Box 12487, Austin, Texas 78711.**

   B.   List the name(s) and address(es) of the attorney(s):

   James Patterson Jr. (214) 533-6433
   Legal services to the poor in civil matters.

C. Results of the conference with counsel:

*Never responded to my request for counsel*

II. List previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents?  \_\_\_\_\_ Yes  ✓ No

B. If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

1. Approximate file date of lawsuit: N/A

2. Parties to previous lawsuit(s):

Plaintiff N/A

Defendant N/A

Attach a separate piece of paper for additional plaintiffs or defendants.

3. Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

N/A

4. Docket number in other court. N/A

5. Name of judge to whom the case was assigned.
N/A

6. Disposition: Was the case dismissed, appealed or still pending?

N/A

7. Approximate date of disposition. N/A

III.   Parties to this suit:

A.   List the full name and address of each plaintiff:

Pla #1  Dietrick Lewis Johnson Jr.
Collin County Detention Facility, 4300
Community Ave. McKinney, TX 75071

Pla #2 _____

B.   List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1:  City of Dallas, Dallas Police Department
1500 Marilla St. Dallas, Texas 75201 (City of Dallas)
133 N. Riverfront, Dallas, Texas 75202 (County of Dallas)

Dft #2:  U.S. Marshal's, Fugitative Task Force,
for the Eastern District of Texas
101 E. Pecan St. Ste 500, Sherman, TX 75090

Dft #3  Auto Pound Lot, Dallas Police impound
1955 Vilbig Rd., Dallas, Texas 75208

City of Dallas
(214) 741-4567)  1500 Marilla st.  and 133 N. Riverfront
Dallas, TX 75201          Dallas, TX 75202   (214) 760-1006
Attach a separate sheet for additional parties.         County of Dallas

IV: Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

On March 26, 2012, a Collin County Sheriff Deputy and U.S. Marshal's, kicked in the front door to 11511 Ferguson Rd., 1624, Dallas, TX, 75228, without knocking or announcing their presence before breaking down the door with no signed search warrant from any court; only an arrest warrant. They illegally searched and towed away, impounded vehicle without a search warrant and being told no to a search of any kind. They walked away, leaving residence unsecured, like it was some drug house and everything of value was stolen and they gave away my truck to someone 3-29-12, to someone I don't know because I have no family or friends in the state of Texas who could of gotten my truck. Only my soon to be ex-wife, Tiffany Johnson and she did not get the vehicle because U.S. Marshal's told her the vehicle was being held for evidence.

IV: Statement of Claim:

U.S. Marshal's asked me could they search a locked parked vehicle on private property? I told them no, of a search of any kind. They rushed me off to jail. My keys were still in the front door, dead bolt lock, from the inside; my truck was still parked on private property when I was taken away into custody.

They went into my truck without me giving anyone consent to do so, without a warrant signed by any Court. My truck was messed with and towed after I was taken away.

Collin County Sheriff's Department & U.S. Marshal's had no, no knock warrant to kick down front door or to search apartment and vehicle without a signed warrant by the Court or signed consent form by me on record. They violated my constitutional right by not having a warrant on record.

Auto impound gave my car away 03-29-12, to someone I did not give written consent to do so, no one knows who has my truck after it was illegally searched and towed off private property. I was inside home when arrested.

V.

A $18,000.00 Piquet watch, a black face Movado, a pair of Cartier sun glasses, and a pair of Tom Ford sun glasses, a $25,000.00 Gold link Chain, with a five caret cross. A Black zaimonel mink Jacket, a Sean John Jacket with mink collar, clothes, shirts, jeans, suits, shoe's, Two (2) televisions, a 55 inch plasma and a 37 inch flat screen, AT&t cable box, cologne, shaving kit, new lab top, brief case with all my important documents, me & my Son's Birth Certificates, Receipts to everything, check books, Checks been written all over the place, After my arrest, golf Clubs, cam Recorder, HP fax, scan & copier, they, & Collin County Sheriff Deputy took off my watch, wallet out of pocket, that was stolen, with bank cards, S.S. card and other I.D. he took out my Drivers license. A collection of DVD's, a blue Ray DVD player to both televisions, cell phone was stolen and both house phones, check vacuum cleaner, microwave oven, you name it, they took it. All because these officers did not notify management who could of boarded up the place. But no, they walked away like it was sort of Drug house they had NO warrant to kick down a Door where I was guest, until I bought my own home. I had no signed lease or Rental agreement at said address. My home 3039 Barnes Bridge was being Remodeled I came to Texas with $100,000 on my Bank card, 2009, buyout from working 13 years at Chrysler, Trenton engine manufacturing.

V.  Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

To Replace over $75,000.00 worth of belongings that were stolen And $35,000.00 for everything that was invested in the total Restoration of a 1997 Suburban I was getting for my son, Trolley. wedding Ring, Cufflinks, watches, the one they took off my wrist to put handcuffs on was

Signed this __30th__ day of __October__, 20 __14__.
                                              (Month)                (Year)

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: __10-30-2014__
               Date

_/s/ Jietrick Lewis Johnson Sr._

Signature of each plaintiff

