UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DIETRICK LEWIS JOHNSON, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| VS. | ) |
| | ) 3:14-CV-4015-G (BF) |
| CITY OF DALLAS, ET AL., | ) |
| | ) |
| Defendants. | ) |

### ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions and recommendation of the United States Magistrate Judge, and hereby **DENIES** plaintiff's motion for relief from judgment under FED. R. CIV. P. 60(b).

**SO ORDERED**.

June 14, 2017.

_____
A. JOE FISH
**Senior United States District Judge**